IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADMINISTRATOR OF THE ESTATE OF KAREEM ALI NADIR JONES, MARICA PHIPPS, | : : : : | |
| Plaintiff, | : : | Case No. 2:17-cv-630 |
| v. | : : | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | : : | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : | |

## PARTIES' STATUS REPORT

The parties submit this status report pursuant to the Court's February 27, 2018, Order (ECF No. 21).

The Columbus Division of Police's Critical Incident Response Team has completed its investigation of the police-involved shooting of Plaintiff's decedent, Kareem Ali Nadir Jones. The investigation is now in the hands of the Franklin County Prosecutor, who will present the matter to a grand jury. The parties have fully briefed the Defendants' Motion for Limited Stay of Discovery (ECF No. 19) and the necessary responses. This motion has not yet been ruled on by the Court. It is the position of the Defendants that the present status of the investigation does not have any impact on Defendants' Motion for Limited Stay of Discovery since the investigatory materials remain confidential. In addition, the defendant officers remain entitled to their Fifth Amendment rights against self-incrimination. The Plaintiff's position remains unchanged as well, and Plaintiff served the City of Columbus with discovery requests on March 5, 2018.

Respectfully submitted,

| | |
|---|---|
| CITY OF COLUMBUS, DEPARTMENT OF LAW<br>ZACH KLEIN, CITY ATTORNEY<br><br>/s/ Janet R. Hill Arbogast<br>Janet R. Hill Arbogast (0061955) - Lead<br>Andrew D.M. Miller (0074515)<br>Assistant City Attorneys<br>77 North Front Street, 4th Floor<br>Columbus, Ohio 43215<br>(614) 645-7385 / (614) 645-6949 (fax)<br>jrhillarbogast@columbus.gov<br>admmiller columbus.gov<br><br>Counsel for Defendant City of Columbus<br>Limited Appearance for Defendants Samuel James and Marc Johnson | /s/ Sarah Gelsomino<br>Sarah Gelsomino (0084340) - Lead<br>Jacqueline C. Greene (0092733)<br>Terry H. Gilbert (0021948)<br>FRIEDMAN AND GILBERT<br>55 Public Square, Suite 1055<br>Cleveland, Ohio 44113<br>t: (216) 241-1430<br>f: (216) 621-0427<br>sgelsomino@f-glaw.com<br>tgilbert@f-glaw.com<br>jgreene@f-glaw.com<br><br>Andrew Stroth<br>Carlton Odim<br>ACTION INJURY LAW GROUP, LLC<br>191 North Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>312 771-2422<br>astroth@actioninjurylawgroup.com<br>carlton@actioninjurylawgroup.com<br><br>Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic case filing system, which will provide notice of this electronic filing to all counsel of record. Parties may also access this filing through the Court's ECF system.

                                                                    /s/Sarah Gelsomino
                                                                     Sarah Gelsomino
                                                                     Plaintiff's Counsel