## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCIA PHIPPS, | : | |
| Plaintiff(s), | : | Case No. 2:17-cv-630 |
| vs. | | |
| | : | Judge Algenon L. Marbley |
| CITY OF COLUMBUS, *et al.,* | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant(s). | | |
| | : | |

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **APRIL 3, 2018** at **2:00 P.M. EST**. The parties are directed to call **1-877-336-1280,** enter access code **7598806#**, followed by security code **1234#.**

Date: March 27, 2018

*s/Sherry Nichols*
Sherry Nichols, Deputy Clerk
(614) 719-3461
sherry_nichols@ohsd.uscourts.gov