# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ADMINISTRATOR OF THE ESTATE OF KAREEM ALI NADIR JONES, MARICA PHIPPS, | Case No. 2:17-cv-630 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Magistrate Judge Elizabeth P. Deavers |
| CITY OF COLUMBUS, et al., | |
| Defendants. | **DEFENDANTS' SUPPLEMENTAL STATUS REPORT** |

Defendants City of Columbus, Officer Samuel James and Officer Marc Johnson, by limited appearance of counsel, hereby submit this supplement to the status report that the parties filed with the Court March 6, 2018 (Doc.22). The Columbus Division of Police's Critical Incident Response Team has completed its investigation of the police-involved shooting of Plaintiff's decedent, Kareem Ali Nadir Jones, and a Franklin County Grand Jury has declined to return indictments against Officers James and Johnson. While the matter is still under an internal administrative review within the Columbus Division of Police, the bases upon which Defendants moved for a limited stay on November 17, 2017 (Doc.19) no longer exist.

In light of the foregoing, Defendants will be filing a separate withdraw of their motion for a limited stay of discovery (Doc.19), as that motion is now moot. Defendants believe this matter can still proceed under the schedule set forth in the Court's November 6, 2017 preliminary pretrial order (Doc.18).

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
RICHARD C. PFEIFFER, JR., CITY ATTORNEY

/s/ Andrew D.M. Miller
Janet R. Hill Arbogast (0061955) - Lead
Andrew D.M. Miller (0074515)
Assistant City Attorneys
77 North Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
jrhillarbogast@columbus.gov
admmiller@columbus.gov

Limited Appearance for Defendants City of Columbus, Samuel James and Marc Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic case filing system, which will provide notice of this electronic filing to all counsel of record. Parties may also access this filing through the Court's ECF system.

/s/Andrew D.M. Miller
Andrew D.M. Miller
Assistant City Attorney

2