# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADMINISTRATOR OF THE ESTATE OF KAREEM ALI NADIR JONES, MARICA PHIPPS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF COLUMBUS, et al., <br><br> Defendants. | Case No. 2:17-cv-630 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Elizabeth P. Deavers <br><br> **WITHDRAWAL OF DEFENDANTS' MOTION FOR A LIMITED STAY OF DISCOVERY** |

Defendants City of Columbus, Officer Samuel James and Officer Marc Johnson, by limited appearance of counsel, hereby withdrawal their filed motion for a limited stay of discovery in this matter. (Doc.19). As noted in Defendants' supplemental status report, (Doc.25), a Franklin County Grand Jury has just declined to return indictments against Officers James and Johnson. While the matter is still under an internal administrative review within the Columbus Division of Police, the bases upon which Defendants moved for a limited stay no longer exist. As such the motion is now moot.

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
RICHARD C. PFEIFFER, JR., CITY ATTORNEY

/s/ Andrew D.M. Miller
Janet R. Hill Arbogast (0061955) - Lead
Andrew D.M. Miller (0074515)
Assistant City Attorneys
77 North Front Street, 4th Floor
Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
jrhillarbogast@columbus.gov

admmiller@columbus.gov

Limited Appearance for Defendants City of Columbus, Samuel James and Marc Johnson

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic case filing system, which will provide notice of this electronic filing to all counsel of record. Parties may also access this filing through the Court's ECF system.

/s/Andrew D.M. Miller
Andrew D.M. Miller
Assistant City Attorney