IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ADMINISTRATOR OF THE**
**ESTATE OF KAREEM AL**
**NADIR JONES, MARICA PHIPPS,**

    **Plaintiff,**

                                                     Case No. 2:17-cv-630
                                                   Judge Algenon L. Marbley
    **v.**                                                 Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.***,**

    **Defendants.**

## ORDER

        Defendants previously filed a Motion for a Limited Stay of Discovery pending a criminal investigation and grand jury proceedings involving Defendants Police Officers Samuel Jones and Marc Johnson arising from the shooting death of Kareem Ali Nadir Jones, Plaintiff's decedent. (ECF No. 19.) Defendants now report that a Franklin County grand jury has declined to return indictments against Defendants Jones and Johnson. (ECF No. 25.) Defendants further advise that the matter is still under an internal administrative review within the Columbus Division of Police, but the bases upon which Defendants moved for a limited stay now longer exist. (*Id.*) Defendants therefore move to withdraw their Motion for a Limited Stay (ECF No. 26), which is **GRANTED**. The Clerk's office is **DIRECTED** to remove Defendants' Motion from the Court's pending motions list.

Under these circumstances, the status conference scheduled for April 3, 2018 (ECF No. 24) is **VACATED**. The Court notes that the case schedule previously set by the Court (ECF No. 18) remains in place.

**IT IS SO ORDERED.**


Date: March 27, 2018 /s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE