IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADMINISTRATOR OF THE ESTATE OF KAREEM ALI NADIR JONES, Deceased, MARICA PHIPPS, | Case No. 2:17-cv-630 |
| Plaintiff, | Judge Algenon L. Marbley |
| vs. | Magistrate Judge Elizabeth Preston Deavers |
| CITY OF COLUMBUS, OFFICER SAMUEL JAMES and OFFICER MARC JOHNSON, | **NOTICE OF STIPLUATED DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal without prejudice of all of Plaintiff's Claims for Relief against all Defendants. Plaintiff reserves the right to refile this case within one year after the date of this stipulated dismissal, pursuant to the Ohio Rev. Code § 2305.19(A).

Respectfully submitted,

| | |
|---|---|
| CITY OF COLUMBUS, DEPARTMENT OF LAW<br>ZACH KLEIN, CITY ATTORNEY | /s/ Sarah Gelsomino<br>Sarah Gelsomino (0084340) - Lead<br>Jacqueline C. Greene (0092733) |
| /s/ Janet R. Hill Arbogast<br>Janet R. Hill Arbogast (0061955) - Lead<br>Andrew D.M. Miller (0074515)<br>Assistant City Attorneys<br>77 North Front Street, 4th Floor<br>Columbus, Ohio 43215<br>(614) 645-7385 / (614) 645-6949 (fax)<br>jrhillarbogast@columbus.gov<br>admmiller columbus.gov | Terry H. Gilbert (0021948)<br>FRIEDMAN AND GILBERT<br>55 Public Square, Suite 1055<br>Cleveland, Ohio 44113<br>t: (216) 241-1430<br>f: (216) 621-0427<br>sgelsomino@f-glaw.com<br>tgilbert@f-glaw.com<br>jgreene@f-glaw.com |

| | |
|---|---|
| Counsel for Defendant City of Columbus and for Defendants James and Johnson | Andrew Stroth<br>Carlton Odim<br>ACTION INJURY LAW GROUP, LLC<br>191 North Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>312 771-2422<br>astroth@actioninjurylawgroup.com<br>carlton@actioninjurylawgroup.com<br><br>Counsel for Plaintiff |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sarah Gelsomino*
SARAH GELSOMINO  (0084340)
*One of the Attorneys for Plaintiff*